LICHTEN ET AL. *v*. TEXAS.

No. 414. Decided October 28, 1968.

*Chris Dixie* for appellants.

*Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Hawthorne Phillips, Gilbert J. Pena,* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted and the case set for argument.